UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LOUISE BANZET,<br><br>           Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | No.  2:15-cv-1173-TLN-EFB PS<br><br><br><br>ORDER |

On March 4, 2016, plaintiff filed a request for an extension of time to file an opposition to defendant's cross-motion for summary judgment. S*ee* Fed. R. Civ. P. 6(b).

Good cause appearing, it is hereby ORDERED that plaintiff's March 4, 2016 request for an extension of time (ECF No. 22) is granted.  Plaintiff shall file an opposition to defendant's cross-motion for summary judgment within 30 days of the date of this order.

SO ORDERED.

DATED:  March 8, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE