UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LOUISE BANZET,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:15-cv-1173-TLN-EFB<br><br><br><br>ORDER |

Plaintiff seeks an extension of time to file objections to the findings and recommendations issued on August 30, 2016, recommending that her motion for summary judgment be denied and the Commissioner's cross-motion for summary judgment be granted.[1]  ECF No. 26.  Plaintiff contends that an extension is necessary due to a delay in receiving the court's findings and recommendations, which she claims she did not receive until September 12, 2016.

In light of plaintiff's representation, the court will grant a short extension of time, and permit plaintiff to file any objections to the findings and recommendations on or before September 28, 2016.  This extension will give plaintiff 16 days from the date she purportedly received the court's findings and recommendations, which exceeds the 14-day objection period initially provided.

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

1    Accordingly, plaintiff's request for an extension of time (ECF No. 26) is granted, and
2 plaintiff may file any objections to the court's August 30, 2016 findings and recommendations on
3 or before September 28, 2016.

4 DATED: September 22, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE